BRODSKY MICKLOW BULL & WEISS, L.L.P.
Philip E. Weiss, Esq. (No. 152523)
Edward M. Bull III, Esq. (No. 141996)
955 Harbor Island Drive, Suite 130
San Diego, California 92101
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
SHM Loch Lomond, LLC,
dba Safe Harbor Loch Lomond

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHM LOCH LOMOND, LLC, dba SAFE HARBOR LOCH LOMOND<br><br>Plaintiff,<br><br>v.<br><br>THAT CERTAIN 1947 CHRIS CRAFT MOTOR YACHT OF APPROXIMATELY 46-FEET IN LENGTH, U.S. COAST GUARD OFFICIAL NO. 255464, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 3:24-cv-2215-AGT<br><br>IN ADMIRALTY<br><br>WARRANT FOR ACTION IN REM<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

**TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**:

**WHEREAS** a Verified Complaint has been filed in this Court in the above-entitled action against that certain 1947 Chris Craft Motor Yacht of Approximately 46-Feet in Length, U.S. Coast Guard Official No. 255464, All of Her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances (the "DEFENDANT VESSEL") upon an admiralty and maritime claim asserted by PLAINTIFF in a total amount of not less than $80,040.00, plus wharfage fees that additionally accrue through the date of the arrest of the DEFENDANT VESSEL, plus

1 prejudgment interest, and costs of suit herein, and together with all other amounts which have
2 been or are required to be disbursed by PLAINTIFF for the care, insuring, preservation, storage
3 and mooring of the DEFENDANT VESSEL, and all other advances, expenses, fees, costs and
4 disbursements by PLAINTIFF, together with post-judgment interest at the maximum statutory
5 rate, for the reasons and causes therein stated, and praying for process of warrant for the arrest
6 of said DEFENDANT VESSEL and her appurtenances, and that all persons with an interest in
7 the DEFENDANT VESSEL or her appurtenances be cited to answer, and that the DEFENDANT
8 VESSEL and her appurtenances may for the causes in the said Verified Complaint be
9 condemned and sold to pay the demands of the PLAINTIFF.

10 **YOU ARE HEREBY COMMANDED** to seize the DEFENDANT VESSEL and her
11 appurtenances, and to detain the same in your custody, or in the custody of an authorized
12 Substitute Custodian, until the further Order of the Court respecting the same, and to give due
13 public notice that claims of persons entitled to possession must be filed with the District Court
14 and served upon the attorney for PLAINTIFF within fourteen (14) days after publication; that
15 Answers to the Verified Complaint must be filed and served within twenty-one (21) days after
16 the filing of the claim, or within such additional time as may be allowed by a Judge; that in lieu
17 of an Answer, default may be noted and condemnation ordered; and that applications for
18 intervention under Rule 24, Fed. R. Civ. P., by persons claiming maritime liens or other interests
19 may be untimely if not filed within the time allowed for claims to possession.

20 **YOU ARE FURTHER COMMANDED** to file this process in this Court with your
21 return thereon promptly after execution thereof, and to mail a copy thereof to the attorney at
22 whose request the execution was effected.

23 Dated: May 13, 2024    UNITED STATES DISTRICT COURT CLERK

24    *Mark B. Busby*
25    By: _____
    Deputy Clerk